

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2014

No. 04-14-00129-CR

**IN RE** Donald H. **GARZA** Sr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Karen Angelini, Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

On February 24, 2014, relator filed a pro se petition for writ of mandamus. We have determined this court does not have jurisdiction to grant the requested relief. The petition is DISMISSED FOR LACK OF JURISDICTION. Relator's request for leave to file the petition for writ of mandamus is DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on February 28th, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CR9597, styled *The State of Texas v. Donald H. Garza Sr.*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.